IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         No. CR 11cr359 JAP

MEONAHAN SCOTT PRAIRIECHIEF,

    Defendant.

## **ORDER**

The Court has determined that the following deadlines should apply:

1.) November 10, 2011, filing of all pre-trial motions.

2.) November 21, 2011, filing of responses to motions.

3.) December 1, 2011, filing of replies to responses to motions.

IT IS SO ORDERED.

_____
JAMES A. PARKER
SENIOR UNITED STATES DISTRICT JUDGE

Dated: October 26, 2011.